FILED: April 4, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1345
(8:25-cv-00951-PX)

_____

KILMAR ARMANDO ABREGO GARCIA; JENNIFER STEFANIA VASQUEZ SURA; A.A.V., a minor, by and through his next friend and mother, Jennifer Vasquez Sura

      Plaintiffs - Appellees

v.

KRISTI NOEM; TODD LYONS; KENNETH GENALO; NIKITA BAKER; PAMELA BONDI; MARCO RUBIO

      Defendants - Appellants

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:25-cv-00951-PX |
| Date notice of appeal filed in originating court: | 04/04/2025 |
| Appellant(s) | Kristi Noem, Todd Lyons, Kenneth Genalo, Nikita Baker, Pamela Bondi and Marco Rubio |
| Appellate Case Number | 25-1345 |
| Case Manager | Cathi Bennett<br>804-916-2702 |