IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA, et al., *Plaintiffs-Appellees*, v. KRISTI NOEM, Secretary of Homeland Security, et al., *Defendants-Appellants*. | No. 25-1345 |

**NOTICE PER LOCAL RULE 27(a)**

Pursuant to Local Rule 27(a), on April 4, 2025, Defendants' counsel informed Plaintiffs' counsel of the impending filing of Defendants' motion filed at Docket No. 3. Plaintiffs' counsel did not consent to the motion.

Respectfully submitted,

**Yaakov M. Roth**
Acting Assistant Attorney General
Civil Division

**Drew C. Ensign**
Deputy Assistant Attorney General
Office of Immigration Litigation

s/August E. Flentje
**August E. Flentje**

Acting Director
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 514-3309
august.flentje@usdoj.gov

**Christopher Ian Pryby**
Trial Attorney
Office of Immigration Litigation

Dated: April 5, 2025