# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 5, 2025

_____

RESPONSE REQUESTED

_____

No.  25-1345,   <u>Kilmar Abrego Garcia v. Kristi Noem</u>
                8:25-cv-00951-PX

TO:    Kilmar Armando Abrego Garcia
       Jennifer Stefania Vasquez Sura
       A.A.V.

RESPONSE DUE: **04/06/2025 @ 2:00 pm**

Response is required to the emergency motion for stay pending appeal and immediate administrative stay, on or before the date and time above.

Cathi Bennett, Deputy Clerk
804-916-2702