CB/JO
25-1345
(Lead)

**MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF**

COMES NOW, Michael O'Brien, respectfully moving this Honorable Court for leave to file the accompanying *Amicus Curiae* Brief in support of Petitioner Kilmar Abrego Garcia.

As a private citizen with a vested interest in due process and government accountability, and acting independently without organizational affiliation, the undersigned submits that the proposed brief raises constitutional concerns of broad public import. The unlawful deportation of a legally protected individual implicates the Fifth Amendment, judicial authority, and the separation of powers.

The proposed brief also addresses subsequent statements by foreign officials that may further complicate the government's ability to comply with existing judicial orders—an issue meriting clarification and commentary from the public.

**WHEREFORE**, Amicus respectfully requests that this Court grant leave to file the attached brief.

Respectfully submitted,

/s/ Michael O'Brien

Michael O'Brien

1 Shearwood Place, Apt 2201

New Rochelle, NY 10801

347-410-0935

freesolenyc@gmail.com

**Pro Se Amicus Curiae**

Dated: April 16, 2025






**PRESS FIRMLY TO SEAL**

Retail

U.S. POSTAGE PAID
PME
NEW ROCHELLE, NY 108
APR 16, 2025
23219
$31.40
RDC 07
S2324P503931-17

ER 196 502 401 US

**UNITED STATES POSTAL SERVICE® PRIORITY MAIL EXPRESS®**

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT) PHONE ( 347 ) 410-0935

MICHAEL O'BRIEN
132 FAIRWOOD PL
APT 2201
NEW ROCHELLE, NY. 10801

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT) PHONE ( )

NWAMAKA ANOWI, CLERK
US COURT OF APP 4TH CIR.
1100 EAST MAIN STREET
SUITE 501
RICHMOND, VA.

ZIP + 4® 23219-3517

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.


PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT (if applicable)**

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day ☑ 2-Day ☐ Military ☐ DPO
PO ZIP Code: 10801
Scheduled Delivery Date: 4/18
Postage: $31.40
Date Accepted: 4/16
Scheduled Delivery Time: ☑ 6:00 PM
Insurance Fee: $
COD Fee: $
Time Accepted: 4:04 ☑ PM
Return Receipt Fee: $
Live Animal Transportation Fee: $
Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $31.40
Weight: lbs. ozs. ☐ Flat Rate
Acceptance Employee Initials

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) Time ☐AM ☐PM Employee Signature
Delivery Attempt (MM/DD/YY) Time ☐AM ☐PM Employee Signature

LABEL 11-B, NOVEMBER 2023  PSN 7690-02-000-9996