UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 17, 2025

_____

RESPONSE REQUESTED

_____

No. 25-1345,    <u>Kilmar Abrego Garcia v. Kristi Noem</u>
                       8:25-cv-00951-PX

TO:    Kenneth Genalo
         Kristi Noem
         Kilmar Armando Abrego Garcia
         Pamela Jo Bondi
         Nikita Baker
         Jennifer Stefania Vasquez Sura
         Todd Lyons
         Marco Rubio
          A.A.V.

RESPONSE DUE: 04/28/2025

Response is required to the motion to file amicus brief on or before 04/28/2025.

If the content of a party's brief will be affected by the court's ruling on the motion to file amicus brief, the party may file a motion for extension of time to file the brief until after the court has ruled on the motion to file amicus brief.

Rachel Phillips, Deputy Clerk
804-916-2702