FILED: April 21, 2025

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 25-1345
(8:25-cv-00951-PX)

_____

KILMAR ARMANDO ABREGO GARCIA; JENNIFER STEFANIA VASQUEZ
SURA; A.A.V., a minor, by and through his next friend and mother, Jennifer Vasquez
Sura

        Plaintiffs - Appellees

v.

KRISTI NOEM; TODD LYONS; KENNETH GENALO; NIKITA BAKER; PAMELA
JO BONDI; MARCO RUBIO

        Defendants - Appellants

--------------------------------

ERWIN CHEMERINSKY; MARTHA MINOW; LAURENCE H. TRIBE, Professors

        Amici Supporting Appellees

_____

O R D E R

_____

Upon consideration of the motion for leave to file brief of amicus curiae Michael

O'Brien, the court denies the motion as moot.

For the Court

/s/ Nwamaka Anowi, Clerk