FILED:  March 24, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1345
(8:25-cv-00951-PX)

_____

KILMAR ARMANDO ABREGO GARCIA; JENNIFER STEFANIA VASQUEZ
SURA; A.A.V., a minor, by and through his next friend and mother, Jennifer
Vasquez Sura

           Plaintiffs - Appellees

v.

MARKWAYNE MULLIN; TODD LYONS; KENNETH GENALO; NIKITA
BAKER; PAMELA JO BONDI; MARCO RUBIO

           Defendants - Appellants

-------------------------------

ERWIN CHEMERINSKY; MARTHA MINOW; LAURENCE H. TRIBE,
Professors

           Amici Supporting Appellees

_____

O R D E R

_____

The court substitutes Markwayne Mullin for Kristi Noem (former

Secretary of the Department of Homeland Security) as a party to this proceeding.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk