FILED: April 7, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 25-1345
(8:25-cv-00951-PX)

———————————

KILMAR ARMANDO ABREGO GARCIA; JENNIFER STEFANIA VASQUEZ
SURA; A.A.V., a minor, by and through his next friend and mother, Jennifer
Vasquez Sura

       Plaintiffs - Appellees

v.

MARKWAYNE MULLIN; TODD LYONS; KENNETH GENALO; NIKITA
BAKER; TODD BLANCHE; MARCO RUBIO

       Defendants - Appellants

-------------------------------

ERWIN CHEMERINSKY; MARTHA MINOW; LAURENCE H. TRIBE,
Professors

       Amici Supporting Appellees

———————————

O R D E R

———————————

Acting Attorney General, Todd Blanche, is substituted for former Attorney

General, Pamela Jo Bondi, as a party to this case pursuant to Fed. R. App. P. 43(c)(2).

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk