FILED:  June 24, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1345
(8:25-cv-00951-PX)

_____

KILMAR ARMANDO ABREGO GARCIA; JENNIFER STEFANIA VASQUEZ
SURA; A.A.V., a minor, by and through his next friend and mother, Jennifer
Vasquez Sura

        Plaintiffs - Appellees

v.

MARKWAYNE MULLIN; DAVID J. VENTURELLA; KENNETH GENALO;
NIKITA BAKER; TODD BLANCHE; MARCO RUBIO

        Defendants - Appellants

-------------------------------

ERWIN CHEMERINSKY; MARTHA MINOW; LAURENCE H. TRIBE,
Professors

        Amici Supporting Appellees

_____

O R D E R

_____

        The court substitutes David J. Venturella for Todd Lyons as a party to

this proceeding.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk